IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANZ P. BUCKREM,

Plaintiff,

v. 4:06cv429-WS

FREDERICK B. DUNPHY and
TENA M. PATE,

Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 21) docketed January 4, 2008. The magistrate judge recommends that the defendants' motion for summary judgment be granted. The plaintiff has filed brief objections (doc. 22) to the report and recommendation.

The court having considered the record in light of the plaintiff's objections, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is ADOPTED and incorporated by reference into this order.

2. The defendants' motions for summary judgment (docs. 15 & 16) are GRANTED.

3. The clerk shall enter judgment in the defendants' favor.

DONE AND ORDERED this ___4th___ day of ___September___, 2008.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE